U.S. DISTRICT COURT SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JOSE DECASTRO, Case No. 1:25-cv-00613 Plaintiff,
MOTION FOR LEAVE TO FILE v. ELECTRONICALLY AS A PRO SE LITIGANT

EVAN MCKNIGHT, et al.,
Defendants.

NOW COMES Plaintiff Jose DeCastro, appearing pro se, who respectfully moves this Court for leave to file documents electronically through the Court's CM/ECF system.

BACKGROUND

This case was transferred to this Court from the District of Nevada (Case No. 2:24-cv-00435-DJA) on August 22, 2025. The case is now assigned to Judge Douglas R. Cole and Magistrate Judge Karen L. Litkovitz.

Prior to transfer, I filed a Motion for Pro Se Litigant to File Electronically (Document 39) in the Nevada court, but that motion became moot upon transfer to this Court.

ARGUMENT

Pursuant to S.D. Ohio Civ. R. 5.1(c), pro se litigants may be granted electronic filing privileges with judicial approval. Granting electronic filing access will conserve judicial resources and facilitate efficient case management by ensuring prompt filing and service of documents to all parties. Electronic filing will also reduce delays in case progression and ensure compliance with all court deadlines.

As a pro se litigant, I am committed to complying with all Local Rules and procedures governing electronic filing in this Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave for Jose DeCastro to file documents electronically through the CM/ECF system and direct the Clerk to provide the necessary registration instructions.

Respectfully submitted,

/s/ Jose DeCastro
Jose DeCastro
1258 Franklin Street
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com
Pro Se Plaintiff

Dated: September 4, 2025

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I served a true and correct copy of the foregoing Motion by United States Mail, First Class, postage prepaid, addressed as follows:

Dawn M. Frick, Esq. Surdyk, Dowd & Turner Co., L.P.A. 8163 Old Yankee Street, Suite C Dayton, OH 45458

Cassaundra Lynn Sark, Esq. Lambert Law Offices 215 S. 4th Street Ironton, OH 45638

Delete LawZ Family
1258 Franklin
Santa Monica, CA
90404

Clerk of Court
S. Dist of OH
PoTER Stewart Us Court
100 E 5th St
Cincy OH, 45202