# UNITED STATES DISTRICT COURT
# SOUTHERN DISTICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOSE M. DeCASTRO,<br>    Plaintiff, | Case No. 1:25-cv-613<br>Cole, J.<br>Litkovitz, M.J. |
| vs. | |
| EVAN McKNIGHT, et al.,<br>    Defendants. | **ORDER** |

This matter is before the Court on plaintiff's motion for pro se ECF access (Doc. 42), seeking leave to file documents electronically in this case. As plaintiff demonstrates a willingness and capability to file documents electronically, the Court **GRANTS** plaintiff permission to register to do so. Documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current editions of the ECF Policies and Procedures Manual issued by the Clerk. *See* S.D. Ohio Civ. R. 5.1(c). Plaintiff shall make himself familiar with the Court's ECF policies and procedures, which can be found on the Court's website under "Electronic Case Filing." *See* https://www.ohsd.uscourts.gov/electronic-case-filing. By registering, plaintiff consents to receive notice of filings pursuant to the Federal Rules of Civil Procedure via the Court's electronic filing system. Permission to file electronically may be revoked at any time.

Upon entry of this Order, the Clerk of Court is **DIRECTED** to undertake the necessary steps to register plaintiff to allow him access to the CM/ECF system and to provide plaintiff with the necessary login information.

**IT IS SO ORDERED.**

Date: 9/9/2025

Karen L. Litkovitz
United States Magistrate Judge