United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Douglas R. Cole

FROM: Ketsorin VanDyke, Deputy Clerk

DATE: 12/16/2025

SUBJECT: Case Caption: DeCastro v. McKnight et al

CASE: Case Number: Doc. 1:25-cv-613

Judges: Judge Cole / Magistrate Judge Litkovitz

File Date: 8/22/2025

This memorandum is to notify you that following cases are possibly related:

**Related Case**

Case Caption: Decastro v. Wagner et al
Case Number: 1:22-cv-204    District Judge: Barrett
File Date: 4/13/2022        Magistrate Judge: Bowman

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator __Ketsorin VanDyke__ as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Barrett__.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge:

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies