**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JOSE MARIA DECASTRO, | ) Case No. 1:25-cv-00613-MRB-SKB |
| | ) |
| Plaintiff, | ) Judge Michael R. Barrett |
| | ) Magistrate Judge Stephanie K. Bowman |
| v. | ) |
| | ) |
| EVAN MCKNIGHT, *et al.*, | ) **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS PAM WAGNER, BRAD SPOLJARIC, CHANCE BLANKENSHIP, EVAN MCKNIGHT, ROBERT FOUCH, AND THE CITY OF IRONTON, OHIO** |
| Defendants. | |

Now comes Bradley J. Dick of Surdyk, Dowd & Turner Co., L.P.A., and hereby enters his appearance as counsel for Defendants Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McKnight, Robert Fouch, and the City of Ironton, Ohio (collectively the "Ironton Defendants") in the above-captioned case.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

*/s/ Bradley J. Dick*
Jeffrey C. Turner (0063154)
Dawn M. Frick (0069068)
Bradley J. Dick (0106205)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333| (937) 222-1970 (fax)
jturner@sdtlawyers.com
dfrick@sdtlawyers.com
bdick@sdtlawyers.com
*Attorneys for Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McKnight, Robert Fouch, and the City of Ironton, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, a copy of which will automatically be forwarded to the parties or their counsel of record and by electronic mail to Chille@SituationCreator.com and by placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail, fully addressed as follows:

Jose DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036

*/s/ Bradley J. Dick*
Bradley J. Dick (#0106205)