UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSE M. DECASTRO,

    Plaintiff,

v.

EVAN MCKNIGHT, et al.,

    Defendants.

Case No. 1:25-cv-00613

Barrett, J.
Bowman, M.J.

### ORDER TO SHOW CAUSE

This pro se action was filed on August 22, 2025, having been transferred to this district from the United States District Court for the District of Nevada (doc. 41). On January 22, 2026, Defendants Chance Blankenship, City of Ironton, Ohio, Robert Fouch, Evan McKnight, Brad Spoljaric and Pam Wagner filed a Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim (doc. 50). Defendants' motion, if granted, would be dispositive of all of Plaintiff's claims against these Defendants.

S. D. Ohio Civ. R. 7.2(a)(2) provides that a memorandum in opposition "shall be filed within twenty-one (21) days after the date of service of the motion." As of the date of this Order, Plaintiff has not filed a response to the motion.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing on or before **March 18, 2026**, why Defendants Chance Blankenship, City of Ironton, Ohio, Robert Fouch, Evan McKnight, Brad Spoljaric and Pam Wagner's Motion to Dismiss (doc. 50) should not be construed as unopposed and granted for the reasons stated.

Plaintiff may also satisfy the requirements of this Order by filing a responsive memorandum to Defendants' motion by the March 18, 2026 deadline.

Failure to timely comply with this Order will result in the pending motion being granted as unopposed for the reasons stated therein.

**SO ORDERED**.

                                                  _s/Stephanie K. Bowman_\
                                                  Stephanie K. Bowman\
                                                  United States Chief Magistrate Judge