# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JOSE M. DECASTRO,

    Plaintiff,

    v.

EVAN MCKNIGHT, et al.,

    Defendants.

Case No. 1:25-CV-613

Judge Michael R. Barrett

**ORDER**

On January 22, 2026, Defendants Pam Wagner, Brad Spoljaric, Chance Blankenship, Evan McKnight, Robert Fouch, and the City of Ironton, Ohio ("Ironton Defendants") moved to dismiss Plaintiff Jose DeCastro's claims against them for insufficient service of process and failure to state a claim. (Doc. 50). John Chapman and the Lawrence County Commissioners ("Lawrence County Defendants") also moved to dismiss for failure to state a claim. (Doc. 52). DeCastro did not respond in opposition to the Ironton Defendants within the allotted time, *see* S.D. Ohio Civ. R. 7.2(a)(2), and on February 24, the Magistrate Judge ordered him to show cause why the Ironton Defendants' motion should not be granted as unopposed, (Doc. 55).

Although DeCastro responded to the Lawrence County Defendants' motion to dismiss in that time, he still did not respond to that of the Ironton Defendants, nor did he respond to the Magistrate Judge's order to show cause on or before the March 18 deadline to do so. "Thus, where, as here, plaintiff has not raised arguments in the district court by virtue of his failure to oppose defendants' motions to dismiss, the

1

arguments have been waived." *Humphrey v. United States Attorney Gen.'s Off.*, 279 F. App'x 328, 331 (6th Cir. 2008).

Accordingly, the Ironton Defendants' motion to dismiss, (Doc. 50), is **GRANTED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*/s/ Michael R. Barrett*
　　　　　　　　　　　　　　　　　　　Michael R. Barrett
　　　　　　　　　　　　　　　　　　　United States District Judge