**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOSE DECASTRO,** | : | |
| | : | **Case No. 1:25-CV-00613-MRB-SKB** |
| **PLAINTIFF,** | : | |
| | : | **JUDGE MICHAEL R. BARRETT** |
| **v.** | : | |
| | : | **MAGISTRATE JUDGE STEPHANIE** |
| **EVAN MCKNIGHT, *et al.*,** | : | **K. BOWMAN** |
| | : | |
| **DEFENDANTS.** | : | |

---

## NOTICE OF DISASSOCIATION OF COUNSEL KATHERINE F. PARKS

---

Now come the Defendants, John Chapman and the Lawrence County Commissioners, by counsel, notifying this Court that Attorney Katherine Parks, with Thorndal Armstrong, is disassociated regarding the representation of Defendants in the above-captioned matter. Attorney Parks served as local counsel in this matter when it was originally filed in the United States District Court for the District of Nevada. Pursuant to United States District Court for the District of Nevada Local Civil Rule LR IA 11-2, out-of-state attorneys are required to associate with resident local counsel when appearing *pro hac vice*. Attorney Park's association with the case terminated once the case was transferred to this Court.

Accordingly, the undersigned respectfully requests that Attorney Parks be removed from this Court's electronic filing service (CM/ECF) list, and that all future notices, pleadings, orders, and correspondence be served upon remaining counsel.

Respectfully Submitted,

/s/ Cassaundra L. Sark
Cassaundra L. Sark (0087766)
*Counsel for Lawrence County Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Notice of Disassociation of Counsel Katherine F. Parks was provided via the Court's electronic filing system (CM/ECF) on the 26th day of October 2026 and mailed, postage prepaid, via USPS to the following:

Jose DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036

/s/ Cassaundra L. Sark
Cassaundra L. Sark (0087766)
Lambert Law Office
P.O. Box 725
Ironton, OH 45638
(740) 532-4333
(740) 532-7341 – Fax
*Counsel for Lawrence County Defendants*